James D. Weakley, Esq.   Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130

WEAKLEY & ARENDT
A PROFESSIONAL CORPORATION
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Deputy Gabriel Romo

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN SEVERI and MYRANDA SEVERI,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF KERN; KERN COUNTY SHERIFF DONNY YOUNGBLOOD; in his individual capacity; DEPUTY GABRIEL ROMO, in his individual capacity; and DOES 1 to 100, Inclusive, in their individual capacities,<br>    Defendants. | CASE NO. 1:17-CV-00931-AWI-JLT<br><br>**STIPULATION AND [Proposed] ORDER TO MODIFY SCHEDULING ORDER**<br><br>(Doc. 43) |

The parties, by and through their respective counsel, and pursuant to conference call with the court on December 28, 2018, have stipulated to modify the existing Scheduling Order (Doc. No. 16) as follows:

| **Event/Deadline** | **Existing Date** | **Stipulated New Date** |
|---|---|---|
| Non-Expert Discovery Deadline | January 18, 2019 | March 29, 2019 |
| Expert Witness Disclosure | February 6, 2019 | May 1, 2019 |
| Rebuttal Witness Disclosure | February 27, 2019 | May 22, 2109 |

Stipulation & [Proposed] Order to
Modify Scheduling Order

1

| Expert Discovery Deadline | March 15, 2019 | June 7, 2019 |
|---|---|---|
| Non-Dispositive Motion Deadline (Filing) | March 22, 2019 | June 14, 2019 |
| Non-Dispositive Motion Deadline (Hearing) | April 19, 2019 | July 12, 2019 |
| Dispositive Motion Deadline (Filing) | March 22, 2019 | June 14, 2019 |
| Dispositive Motion Deadline (Hearing) | May 20, 2019 | July 12, 2019 |
| Settlement Conference | TBD (Mediation scheduled for January 18, 2019) | TBD |
| Pre-Trial Conference | July 16, 2019. | September 6, 2019 |
| Trial | September 10, 2019 | November 5, 2019 |

The parties request an order modifying scheduling order. Parties have been cooperating in scheduling depositions in an effort to conclude non-expert discovery within the time frame set out in the current scheduling order. However, due to other calendar commitments, including a 2-3 week trial that Plaintiffs' counsel has scheduled to begin on January 7, 2019, the parties are unable to complete the necessary discovery. Additionally, counsel for Defendant Deputy Romo is scheduled for trial in Fresno Superior Court on September 23, 2019 in *Brenes-Cerpa, et al. v. Kings Canyon Unified School District, et al.*, Case Nos. 18CECG00064, which is an automobile accident case involving traumatic brain injury and counsel will need time in mid-September to prepare for that trial. On December 28, 2018, counsel engaged in a telephonic conference call with the court wherein this court suggested resubmitting the previous Stipulation and (Proposed) Order to Modify Scheduling Order (Doc. 36) with the dates tightened up to allow for the trial in 2019.

Respectfully Submitted,

Stipulation & [Proposed] Order to
Modify Scheduling Order

2

DATED: December 31, 2018         WEAKLEY & ARENDT
                                 A Professional Corporation


                         By:     /s/ James D. Weakley
                                 James D. Weakley
                                 Brande L. Gustafson
                                 Attorneys for Defendant
                                 Deputy Gabriel Romo

Dated: December 31, 2018         MARGO A. RAISON, COUNTY COUNSEL


                         By:     /s/ Gregory J. Kohler (As authorized on)
                                 Gregory J. Kohler, Deputy
                                 Attorneys for County of Kern, Kern County Sheriff
                                 Donny Youngblood, Aaron Warmerdam, Danae
                                 Wiitala, and Demetrius Cummings


Dated: December 31, 2018         RODRIGUEZ & ASSOCIATES


                         By:     /s/ Chantal Trujillo (As authorized on)
                                 Chantal Trujillo, Esq.
                                 Attorneys for Plaintiffs Stanley Severi and
                                 Myranda Severi

## ORDER

Good cause appearing, the Court **ORDERS** the case schedule amended as follows[1]:

1. All non-expert discovery SHALL be completed by March 29, 2019;

2. All experts SHALL be disclosed no later than May 1, 2019 and any rebuttal experts no later than May 22, 2019. All expert discovery SHALL be completed by June 7, 2019;

3. Non-dispositive motions SHALL be filed no later than June 14, 2019 and heard no later than July 12, 2019;

4. Dispositive motions SHALL be filed no later than June 14, 2019 and heard no later than July 29, 2019 at 10:30 a.m. before Senior District Judge Anthony W. Ishii;

---

[1] The Court was required to select a few different dates due to the stipulation failing to provide sufficient intervals between activities.

Stipulation & [Proposed] Order to
Modify Scheduling Order

3

5. The pretrial conference is set on September 19, 2019;

6. The trial is set on November 26, 2019 at 8:30 a.m.

IT IS SO ORDERED.

Dated: __**January 3, 2019**__              _____**/s/ Jennifer L. Thurston**_____
                                             UNITED STATES MAGISTRATE JUDGE