James D. Weakley, Esq.     Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130
WEAKLEY & ARENDT
A PROFESSIONAL CORPORATION
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Deputy Gabriel Romo

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN SEVERI and MYRANDA SEVERI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN; KERN COUNTY SHERIFF DONNY YOUNGBLOOD; in his individual capacity; DEPUTY GABRIEL ROMO, in his individual capacity; and DOES 1 to 100, Inclusive, in their individual capacities,<br>Defendants. | CASE NO. 1:17-CV-00931-AWI-JLT<br><br>**STIPULATION AND [~~Proposed~~] ORDER TO MODIFY SCHEDULING ORDER FOR LIMITED PURPOSE OF DEPOSING RULE 30(b)(6) DESIGNEE SERGEANT PAT McIRVIN**<br><br>(Doc. 50) |

The parties[1], by and through their respective counsel, have stipulated to modify the

existing Scheduling Order (Doc. No. 16) as modified by the Stipulation and Order to Modify

Scheduling Order (Doc. No. 44) for the limited purpose of allowing Plaintiff Stan Severi to take

the deposition of Sergeant Pat McIrvin, one of Defendant County of Kern's Rule 30(b)(6)

designees, past the current close of non-expert discovery on March 29, 2019.

Plaintiffs noticed the Rule 30(b)(6) deposition to defendant County of Kern on February

21, 2019. In preparing the Rule 30(b)(6) designees for their deposition, counsel for County of

---

[1]  At present, neither Defendants nor plaintiff Stan Severi know the whereabouts of plaintiff Myranda Severi and thus are not currently able to obtain her consent to this stipulation.

Kern learned that one of the designees, Sergeant Pat McIrvin, had surgery scheduled, of immediate medical need, for March 25, 2019 (the same day as the deposition), and would need at least a week to recover from the surgery, meaning he could not be deposed until after the close of non-expert discovery.

As a result, the parties stipulate that the current non-expert discovery deadline of March 29, 2019 be extended to April 26, 2019 just for purposes of deposing County of Kern's Rule 30(b)(6) designee Sergeant Pat McIrvin.

Respectfully Submitted,

Dated: March 27, 2019                    WEAKLEY & ARENDT
                                         A Professional Corporation

                              By:    /s/ James D. Weakley
                                     James D. Weakley
                                     Brande L. Gustafson
                                     Attorneys for Defendant
                                     Deputy Gabriel Romo

Dated: March 27, 2019                    MARGO A. RAISON, COUNTY COUNSEL

                              By:    /s/ Gregory J. Kohler (As authorized on 3/26/19)
                                     Gregory J. Kohler, Deputy
                                     Attorneys for County of Kern, Kern County Sheriff
                                     Donny Youngblood, Aaron Warmerdam, Danae
                                     Wiitala, and Demetrius Cummings

Dated: March 27, 2019                    RODRIGUEZ & ASSOCIATES

                              By:    /s/ Joseph Whittington (As authorized on 3/27/19)
                                     Chantal Trujillo, Esq.
                                     Joseph Whittington, Esq.
                                     Attorneys for Plaintiff Stanley Severi

**ORDER**

IT IS SO ORDERED.

Dated:   **March 28, 2019**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE