# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN SEVERI, et al., | Case No.: 1:17-cv-0931 - AWI - JLT |
| Plaintiffs, | ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION AS TO MYRANDA SEVERI |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendants. | |

Plaintiff Myranda Severi has failed to comply with the order to notify the Court whether she intended to represent herself or to find new counsel. In doing so, Ms. Severi also failed to take any action to continue to prosecute her claims in this action. Therefore, the magistrate judge recommended her claims be dismissed without prejudice on April 12, 2019. (Doc. 53)

Ms. Severi was given fourteen days to file any objections to the recommendations. (Doc. 53 at 4) In addition, she was "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. (*Id.* at 5). To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this court conducted a *de novo* review of the case. Having carefully reviewed the file, the court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated April 12, 2019 (Doc. 53) are **ADOPTED IN FULL**;
2. The claims of Myranda Severi are **DISMISSED** without prejudice; and
3. The Clerk of Court is **DIRECTED** to close the action as to Myranda Severi only.

IT IS SO ORDERED.

Dated: May 1, 2019

_____
SENIOR DISTRICT JUDGE