# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN SEVERI and MYRANDA SEVERI,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF DONNY YOUNGBLOOD, DEPUTY GABRIEL ROMO, and DOES 1-10 inclusive,<br><br>Defendants | CASE NO. 1:17-CV-0931 AWI JLT<br><br>ORDER STRIKING SEPARATE PRE-TRIAL STATEMENTS<br><br>(Doc. No. 6) |

This matter is set for a pre-trial conference on September 19, 2019. Pursuant to Local Rule 281, the deadline in which to file separate pre-trial statements was September 5, 2019; the deadline to file a joint pre-trial statement was September 12, 2019. See Local Rule 281(a). The parties filed separate pre-trial statements on September 12, 2019. See Doc. Nos. 59, 60.

The separate pre-trial statements incorrectly state that they were filed in accordance with Local Rule 281. However, the clear language of Local Rule 281 shows that this is false. The parties should have filed a joint pre-trial statement on September 12, 2019. Their filing of separate statements on September 12, 2019, is a violation of Local Rule 281 and is unacceptable. Both parties are represented by counsel. The Court can conceive of no legitimate reason why a joint statement was not filed.[1]

---

[1] The Court notes that Defendants' pre-trial statement states that they attempted to communicate with Plaintiff's counsel, but were unsuccessful. Plaintiff's pre-trial statement provides no explanation as to why the statement was filed in violation of Local Rule 281.

Because the parties have violated Local Rule 281, the Court will strike the separate pre-trial statements. The parties will be ordered to file a joint pre-trial statement. If the joint pre-trial statement is not timely filed, the pre-trial conference will be vacated and the parties will be ordered to show cause why sanctions should not be imposed for violating the Local Rules. From this point forward, the Court anticipates that the parties will work together in a cordial and professional manner in order to efficiently resolve this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' separate pre-trial statements (Doc. Nos. 59 and 60) are STRICKEN;
2. On or before 12:00 p.m. on September 17, 2019, the parties shall file a joint pre-trial statement; and
3. The failure to timely comply with this order will result in the vacation of the September 19, 2019 pre-trial conference and an order for the parties to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

Dated: September 13, 2019

_____
SENIOR DISTRICT JUDGE