# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN SEVERI, et al., | Case No.: 1:17-cv-00931- AWI-JLT |
| Plaintiffs, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION AS TO DEFENDANT SHERIFF DONNY YOUNGBLOOD AND TO UPDATE THE DOCKET |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendants. | (Doc. 65) |

All parties have stipulated "[t]o dismiss defendant Kern County Sheriff Donny Youngblood with prejudice from all claims alleged in the First Amended Complaint in this action." (Doc. 65 at 1) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), a plaintiff may dismiss claims "without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all remaining parties signed the stipulation, it "automatically" terminated the claims. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Based upon the Rule 41 stipulation, the Clerk of Court is **DIRECTED** to close this action only as to Defendant Sheriff Donny Youngblood and update the docket.

IT IS SO ORDERED.

Dated: **October 26, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE