# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN SEVERI,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>COUNTY OF KERN, DEPUTY GABRIEL ROMO, and DOES 1-10 inclusive,<br><br>　　　　Defendants | CASE NO. 1:17-CV-0931 AWI JLT<br><br>ORDER ON PLAINTIFF'S MOTION TO SEAL AND ORDER SEALING DOCUMENT NO. 86<br><br>(Doc. Nos. 88, 89) |

On June 7, 2018, the Magistrate Judge signed a stipulated protective order. See Doc. No. 28.

On October 29, 2019, the Plaintiff filed an opposition to Defendants' motions in limine. See Doc. No. 86. As part of that opposition, information that was subject to the protective order was included/disclosed. See Doc. No. 88.

On October 30, 2019, after having the issue brought to his attention by defense counsel, Plaintiff filed a motion to seal his opposition in order to maintain the effectiveness of the June 7, 2018 protective order. See id.

Because the protective order remains in effect, the Court will grant Plaintiff's motion and seal his opposition to Defendants' motions in limine. However, Plaintiff will be required to file a redacted version of his opposition, which will not be sealed. The redacted version must redact all information that is subject to the June 7, 2018 stipulated protective order.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to seal (Doc. No. 88) is GRANTED;
2. The Clerk shall immediately SEAL Document No. 86; and
3. Within seven (7) days of service of this order, Plaintiff shall file a redacted version of Document 86 that will not be sealed and that redacts all information that is subject to the June 7, 2018 protective order.

IT IS SO ORDERED.

Dated: October 30, 2019

SENIOR DISTRICT JUDGE