James D. Weakley, Esq.    Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130

WEAKLEY & ARENDT
A PROFESSIONAL CORPORATION
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Deputy Gabriel Romo

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN SEVERI and MYRANDA SEVERI, | CASE NO. 1:17-CV-00931-AWI-JLT |
| Plaintiffs, | **NOTICE OF SETTLEMENT AND REQUST TO VACATE TRIAL AND ALL PENDING DATES** |
| vs. | |
| COUNTY OF KERN; KERN COUNTY SHERIFF DONNY YOUNGBLOOD; in his individual capacity; DEPUTY GABRIEL ROMO, in his individual capacity; and DOES 1 to 100, Inclusive, in their individual capacities, | Complaint Filed:  July 13, 2017
Trial Date: November 26, 2019 |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties have agreed to settle this matter.  Plaintiff and Defendants request that the Court vacate all dates in this matter, including trial.  The parties request that the Court order the parties to appear for a status conference if a dismissal is not filed within ninety (90) days.

Dated: November 8, 2019    WEAKLEY & ARENDT
A Professional Corporation

By:  /s/ Brande L. Gustafson                        .
James D. Weakley
Brande L. Gustafson
Attorneys for Defendant Deputy Gabriel Romo