James D. Weakley, Esq., Bar No. 082853
Brande L. Gustafson, Esq. Bar No. 267130

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Deputy Gabriel Romo

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN SEVERI and MYRANDA SEVERI,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF KERN; KERN COUNTY SHERIFF DONNY YOUNGBLOOD; in his individual capacity; DEPUTY GABRIEL ROMO, in his individual capacity; and DOES 1 to 100, Inclusive, in their individual capacities,<br><br>　　　　Defendants. | CASE NO. 1:17-CV-00931-AWI-JLT<br><br>**STIPULATION OF DISMISSAL; and [~~Proposed~~] ORDER [FRCP 41(a)]** |

　　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of Defendant Deputy Gabriel Romo with prejudice from all claims alleged in the complaint in this action. All parties to bear their own costs and attorney's fees.

///

///

///

///

///

Dated: November 13, 2019     RODRIGUEZ & ASSOCIATES

                             By:   /s/ Joel Andreesen (As authorized on 11/13/19)
                                   Daniel Rodriguez
                                   Chantal Trujillo
                                   Joel Andreesen
                                   Attorneys for Plaintiffs Stanley Severi

Dated: November 14, 2019     MARGO A. RAISON, COUNTY COUNSEL

                             By:   /s/Andrew C. Thomson(As authorized on 11/14/19)
                                   Andrew C. Thomson, Chief Deputy
                                   Robert J. Rice, Deputy
                                   Attorneys for Defendant County of Kern

Dated: November 13, 2019     WEAKLEY & ARENDT,
                             A Professional Corporation

                             By:   /s/ James D. Weakley                          .
                                   James D. Weakley
                                   Brande L. Gustafson
                                   Attorneys for Defendant Deputy Gabriel Romo

IT IS SO ORDERED.

Dated:   November 18, 2019          _____
                                    SENIOR  DISTRICT  JUDGE

---

Stipulation of Dismissal; and                2
[Proposed] Order