MARGO A. RAISON, COUNTY COUNSEL
By: Andrew C. Thomson, Chief Deputy (SBN 149057)
Robert J. Rice, Deputy (SBN 131255)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800

Attorneys for Defendants, County of Kern
and Sheriff Donny Youngblood

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN SEVERI and MYRANDA SEVERI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN; KERN COUNTY SHERIFF DONNY YOUNGBLOOD; in his individual capacity; DEPUTY GABRIEL ROMO, in his individual capacity; and DOES 1 to 100, Inclusive, in their individual capacities,<br>Defendants. | Case No. 1:17-CV-00931-AWI-JLT<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE INCLUDING DEFENDANT, COUNTY OF KERN WITH PREJUDICE; [PROPOSED] ORDER**<br><br>(Doc. 100) |

**COME NOW** the Parties to this matter, Plaintiff, Stan Severi (hereinafter "Plaintiff") through his counsel of record, Joel Andreesen and Joseph Whittington of Rodriguez and Associates and Defendant, County of Kern (hereinafter "County Defendant") through their counsel of record Kern County Counsel's Office by Andrew C. Thomson, Chief Deputy and Robert J. Rice, Deputy, and provide as follows:

**IT IS HEREBY STIPULATED**, by and between the Parties to this action through their designated counsel, that the above-captioned action be dismissed with prejudice in its entirety as to each and every complaint, allegation and/or cause of action against all Defendants, more specifically the dismissal shall include dismissal of the entire action and the applicable complaint of against Defendants County of Kern and Gabriel Romo.

1

**Joint Stipulation for a Dismissal of the Entire Action, with Prejudice**

**IT IS FURTHER STIPULATED** that the aforementioned dismissal is in consideration of a resolution of the matter by the Parties, and that each party hereby agrees to bear all of its/their own costs and attorney's fees with respect to this litigation.

Dated: November __18__, 2019     RODRIGUEZ & ASSOCIATES


By: /s/ Joel Andreesen (As authorized on 11/18/19)
    Joel Andreesen, Esq.
    Joseph Whittington, Esq.
    Attorneys for Plaintiff, Stan Severi


Dated: November __18__, 2019     **MARGO A. RAISON, COUNTY COUNSEL**


By: /s/ Andrew C. Thomson
    Andrew C. Thomson, Chief Deputy
    Robert J. Rice, Deputy
    Attorneys for Defendant, County of Kern

Dated: November __18__, 2019     WEAKLEY & ARENDT,
A Professional Corporation


By: /s/ James Weakley (As authorized on 11/18/19)

**ORDER**

The parties have settled their case and have stipulated to the action being dismissed with prejudice in its entirety. (Doc. 100) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **November 18, 2019**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

3

**Joint Stipulation for a Dismissal of the Entire Action, with Prejudice**